IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 95-cv-02313-RPM

CONGRESS OF HISPANIC EDUCATORS,

    Plaintiffs,

UNITED STATES OF AMERICA,

    Plaintiff-Intervenor,

v.

DENVER SCHOOL DISTRICT NO. 1,

    Defendant.

_____

ORDER SETTING FAIRNESS HEARING
_____

A Fairness hearing, pursuant to Fed.R.Civ.P. 23(e), on approval of proposed consent decree is scheduled for January 25, 2013 at 10:00 a.m., in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED: November 16th, 2012

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior Judge