IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 95-cv-02313-RPM

CONGRESS OF HISPANIC EDUCATORS,

    Plaintiffs,

v.

DENVER SCHOOL DISTRICT NO. 1,

    Defendant.

v.

THE UNITED STATES OF AMERICA,

    Plaintiff-Intervenors.

---

## ORDER FOR PRELIMINARY APPROVAL OF PROPOSED CONSENT DECREE AND FOR NOTICE OF FAIRNESS HEARING

---

Upon review of the Joint Motion of All Parties to Approve and Enter the Proposed Consent Decree (2012) in Place of the 1999 Court Order Regarding Denver Public Schools' ELA Plan (Doc. 56) and the Memorandum in Support of the Joint Motion to Approve Consent Decree 2012 (Doc. 57) (hereafter collectively referred to as "the Joint Motion to Approve Consent Decree"), and after the hearing held on November 16, 2012, and the submission of a certification that the Board of Education of Denver Public Schools approved the proposed consent decree at a Special Meeting on July 16, 2012, following proper public notice, public hearing and opportunity for public comment, thereby assuring the court that the proposed consent decree has been adopted as public policy by the governing board of Denver School District No. 1, it is

ORDERED that the Joint Motion to Approve Consent Decree is preliminarily approved, subject to final approval following a Fairness Hearing to be held before this Court on January 25, 2013, at 10:00 a.m., in Courtroom A, Second Floor, the Byron White United States

Courthouse, 1823 Stout Street, Denver, Colorado. It is

FURTHER ORDERED that the Denver School District No. 1 (Denver Public Schools) shall provide written notice of the purpose and location of the Fairness Hearing, as described in the Notices attached hereto, by November 29, 2012, and it is

FURTHER ORDERED that all written objections specify the part(s) of the proposed Consent Decree to which the person objects, the basis for each objection, and whether the person intends to make objections in person at the Fairness Hearing on January 25, 2013, and it is

FURTHER ORDERED that all timely written objections received by counsel for the Parties shall be filed with the Court by the Parties on or before January 18, 2013.

DATED: November 20th, 2012

BY THE COURT:

Richard P. Matsch, Senior Judge

*To be translated into Spanish,*
*Vietnamese, Arabic and Somali, Amharic, Nepali,*
*Russian, French, Karen and Burmese*

## Print and Email Notice to Parents

The Congress of Hispanic Educators ("CHE"), the United States, and the Denver Public Schools ("DPS") recently negotiated a revised plan for addressing the educational needs of students whose language is other than English ("English Language Learners" or "ELLs"), and have submitted it to the U.S. District Court for approval. Our records indicate that you have a child who is an English Language Learner and is eligible for English Language Acquisition ("ELA") services.

This revised plan, if approved by the Court, would replace the English Language Acquisition Program currently in place and which was approved in 1999 by the U.S. District Court in the case of *Congress of Hispanic Educators v. Denver School District No. 1.* The revised plan: (a) clarifies how parents may choose program services for their ELL students, (b) provides a new approach to training teachers of ELL students, (c) ensures that parents from different language groups will receive translations of important school communications, (d) sets out processes governing placement of ELL students with disabilities, and (e) improves DPS's self-evaluation of its ELA Program to help ensure that ELL students are succeeding in school.

Before this revised plan is approved by the Court, parents of English Language Learners in the Denver Public Schools have a right to review it.

The proposed revised Consent Decree is available at the DPS homepage www.dpsk12.org and can be reviewed at the office of any school, and in DPS's administrative offices, at 900 Grant Street, 1st Floor, between 9:00 a.m. and 4:00 p.m., Monday through Friday. A copy of the proposed Consent Decree will be available in English and Spanish. Speakers of other languages may bring a translator, or may obtain a list of translators proficient in other languages. You may also obtain a copy of the document for $3.00.

Parents of ELL students wishing to file an objection must do so in writing. Any such objections should state that you are a parent of an ELL student in Denver Public Schools, and indicate at the top of the page that the objection relates to the case *CHE v. School District #1, CA #95-M-2313.* All written objections must specify the part(s) of the proposed Consent Decree to which the person objects, the basis for each objection, and whether the person intends to make objections in person at the Fairness Hearing on January 25, 2013. All written objections should be mailed to each of the following individuals so that it is received by close of business on January 4, 2013:

1. Walter J. Kramarz, Esq.
   Denver Public Schools
   900 Grant Street Suite 401
   Denver, CO 80203

2. Laurel Pyke Malson, Esq.
   Crowell & Moring LLP
   1001 Pennsylvania Avenue NW
   Washington, DC 20004
   Fax: 202-628-5116

3. Roger L. Rice, Esq.
   META, Inc.
   240A Elm Street, Suite 22
   Somerville, MA 02144

*English and Spanish*

**Print and Email Notice to Community Organizations**

The Congress of Hispanic Educators ("CHE"), the United States, and the Denver Public Schools ("DPS") recently negotiated a revised plan for addressing the educational needs of students whose language is other than English ("English Language Learners" or "ELLs"), and have submitted it to the U.S. District Court for approval.

This revised plan, if approved by the Court, would replace the English Language Acquisition Program currently in place and which was approved in 1999 by the U.S. District Court in the case of *Congress of Hispanic Educators v. Denver School District No. 1*. The revised plan: (a) clarifies how parents may choose program services for their ELL students, (b) provides a new approach to training teachers of ELL students, (c) ensures that parents from different language groups will receive translations of important school communications, (d) sets out processes governing placement of ELL students with disabilities, and (e) improves DPS's self-evaluation of its ELA Program to help ensure that ELL students are succeeding in school.

Before this revised plan is approved by the Court, parents of English Language Learners in the Denver Public Schools have a right to review it, file written objections, and may have the opportunity to present objections orally to the Court at a Fairness Hearing that will take place at 10 a.m. on January 25, 2013 at: Byron White Courthouse, 1823 Stout Street, Courtroom A, 2nd Floor, Denver, Colorado.

The proposed revised Consent Decree is available at the DPS homepage www.dpsk12.org and can be reviewed at the office of any school, and in DPS's administrative offices, at 900 Grant Street, 1st Floor, between 9:00 a.m. and 4:00 p.m., Monday through Friday. A copy of the proposed Consent Decree will be available in English and Spanish. Speakers of other languages may bring a translator, or may obtain a list of translators proficient in other languages. You may also obtain a copy of the document for $3.00.

Parents of ELL students wishing to file an objection must do so in writing. Any such objections should state that you are a parent of an ELL student in Denver Public Schools, and indicate at the top of the page that the objection that it relates to the case *CHE v. School District #1, CA #95-M-2313*. All written objections must specify the part(s) of the proposed Consent Decree to which the person objects, the basis for each objection, and whether the person intends to make objections in person at the Fairness Hearing on January 25, 2013. All written objections should be mailed to each of the following individuals so that it is received by close of business on January 4, 2013:

1.  Walter J. Kramarz, Esq.
    Denver Public Schools
    900 Grant Street Suite 401
    Denver, CO 80203

2.  Laurel Pyke Malson, Esq.
    Crowell & Moring LLP
    1001 Pennsylvania Avenue NW
    Washington, DC 20004
    Fax: 202-628-5116

3.  Roger L. Rice, Esq.
    META, Inc.
    240A Elm Street, Suite 22
    Somerville, MA 02144

1

## LIST OF COMMUNITY ORGANIZATIONS

- **BUENO Center**
  UCB 247 - School of Education
  University of CO, Boulder
  Boulder, CO 80309-0247
  Attn: Leonard Baca

- **Catholic Charities Immigration Services**
  4045 Pecos Street, Denver, CO 80211
  Tel: 303-742-0828
  Email: info@ccdenver.org

- **CIRC-CO Immigrant Rights Coalition**
  2525 W. Alameda Ave., Suite 300
  Denver, CO 80219
  Email: (Julien Ross) julien@coimmigrant.org
  Website: http://www.coimmigrant.org/

- **CLLARO, CO Latino Leadership, Advocacy and Research Organization**
  309 West 1st. Avenue
  Denver, CO 80223
  Tel: 303-722-5150 ext. 108 (Kathy Maestas)
  Website: www.cllaro.org

- **Colorado Association of Bilingual Educators (CABE)**
  P.O. Box 33120
  Northglenn, CO 80233
  Email: hriley@cocabe.org

- **Colorado Association of Latino/a Administrators & Superintendents**
  15701 E. 1st Ave., Suite 217
  Aurora, CO 80011
  Tel: 303 340-0864
  Email: (Jesus Escarcega) jdescarcega@aps.k12.co.us

- **Coloradans for Immigrant Rights**
  901 W. 14th Avenue, Ste. 7
  Denver, CO 80204
  Tel: 303-623-3464
  Email: (Jordan Garcia) jgarcia@afsc.org

- **CO Statewide Parent Coalition**
  7150 Hooker Street, Ste B
  Westminster, CO 80030
  Tel: 720-890-0123
  Email: (Richard Garcia) richard@coparentcoalition.org

- **Del Norte Neighborhood Development Corp**
  2926 Zuni Street #202
  Denver, CO 80211
  Tel: 303-321-1384
  Email: (Alice Dent) adent@delnortends.org

- **Escuela Tlatelolco**
  2949 North Federal Boulevard
  Denver, CO 80211
  Tel: 303-964-8993
  Email: (Nita Gonzales) nita@escuelatlatelolco.org

- **Focus Points Family Resource Center**
  2501 East 48th Avenue
  Denver, CO 80216
  Tel: 303-292-0770
  Email: (Cynthia Gallegos) cynrgal@yahoo.com

- **Intercambio De Comunidades**
  2525 W. Alameda Ave., Room 130
  Denver, CO 80219
  Tel: 303-433-0190
  Email: (Sarah Shikes) sarahs@intercambioweb.org

- **Latino Education Advisory Council (LEAC)**
  % Ms. Christina Montoya
  3349 Alcott Street
  Denver, CO 80211
  Email: christinam77@yahoo.com
  and
  Ms. Aubrey Valencia
  2807 E. Pacific Dr. #302
  Aurora, CO 80014

- **Latin American Educational Foundation**
  561 Santa Fe Drive
  Denver, CO 80204
  Tel: 303-446-0541
  Website: info@laef.org

3

- **Lulac League-United Latin**
  3034 W. Denver Place
  Denver, CO 80211
  Tel: 303-892-8455

- **Mi Casa Resource Center**
  360 Acoma Street
  Denver, CO 80223
  Tel: 303-573-1302
  Email: (Christine Marquez-Hudson) cmarquez@micasaresourcecenter.org

- **Mile High United Way**
  2505 18th Street
  Denver, CO 80211
  Tel: 303-433-8383
  Website: www.unitedwaydenver.org

- **Padres and Jovenes Unidos**
  3025 West 37th Ave. # 206
  Denver, CO 80211
  Tel: 303-937-3799
  Email: (Ricardo and Pam Martinez) info@padresunidos.org

- **Rocky Mountain Immigrant Advocacy Network**
  3489 West 72nd Ave Ste 211
  Westminster, CO 80030
  Tel: 303-433-2812
  Email: (Mekela Goehring) mgoehring@rmian.org

- **Servicios De La Raza**
  4055 Tejon Street
  Denver, CO 80211
  Tel: 303-458-5851
  Email: rudyg@serviciosdelaraza.org

- **YESS Institute**
  1029 Santa Fe Drive
  Denver, CO 80204
  Tel: 303-525-3859
  Email: (Carlo Kriekels) carlo@yessinstitute.org

- **NEWSED Community Development Corp.**
  901 W. 10th Avenue, Suite 2A
  Denver, CO 80204
  Tel: 303-534-8342
  Fax: 303-534-7418

4

- **Asian Educational Advisory Council**
  5491 S. Ireland Way
  Centennial, CO 80015
  Attn: Ms. Priscilla Shaw
  Email: Tennisgalp@gmail.com

- **Asian Roundtable of Colorado**
  P.O. Box 1102
  Denver, Colorado 80201
  Attn: Mr. Peter Lee
  Email: peterl63@gmail.com

- **Asian Pacific Development Center**
  APDC Business & Programs Office
  1544 Elmira St., Aurora, CO 80010
  Attn: Ms. Jinny Kim
  Email: Jinnykim@apdc.org

- **Organization of Chinese Americans-Colorado**
  P.O. Box 44236
  Denver, CO 80201
  Email: Oacolorado@gmail.com

- **Vietnamese Senior Center**
  1822 S. Sheridan Blvd
  Denver, CO 80232
  Tel: 720-378 8818

- **Vietnamese-American Cultural Alliance**
  986 S. Ventura Way
  Aurora, CO 80017

- **Vietnamese Elderly Association of Colorado**
  615 S. Federal Blvd., #103-105
  Denver, CO 80219
  Attn: Linh Hoai Duong
  Email: Veacolorado@cs.com

- **Vietnamese Veterans- USVAVA-CO**
  1693 S. Laredo St
  Aurora, CO 80017
  Attn: Mr. Sum Cong Nguyen
  Tel: 303-548-2675
  Email: scn1693@comcast.Net

- **Vietnamese Community of Colorado**
  President: Mr. Lu Pham
  449 S. Osceola St
  Denver, CO 80219

- **Colorado African Organization**
  Kit Taintor, Director
  6795 E Tennessee, Suite 250
  Denver, CO 80224-1609

- **African Community Center**
  5250 Leetsdale Dr., Suite 200
  Denver, CO 80246

- **Spring Institute for Intercultural Learning**
  1610 Emerson St.
  Denver, CO 80218
  Attn: Ms. Myrna Ann Adkins, C.E.O.

- **Colorado Providers for Integration Network**
  6795 E. Tennessee Ave., Suite 250
  Denver, CO 80224
  Attn: Meg K. Allen, Community Integration Director
  Email: Mega@caoden.org

- **Lao-Hmong American Coalition**
  7051 Beacon Way
  Westminster, CO 80030
  Attn: Yang Chee
  Email: Yang.chee@comcast.net

- **MileHi Japanese American Citizens League**
  333 E. 16th Ave., #613
  Denver, CO 80203
  Attn: Suzy Shimasaki, President

- **Filipino American Community of Colorado**
  1900 Harlan St.
  Edgewater, CO 80214
  Email: Facc@filam-colo.org

- **Cambodian Buddhist and Christian Society of Colorado**
  2950 S. Willow Street
  Denver, CO 80204

6

- **Colorado Cambodian Community**
  1555 Grove Street, Suite 101
  Denver, CO 80204

*English and Spanish*
*"Educa"*
KXPK-FM 96.5
KJMN-FM 92.1
KMXA-AM 1090

## Class Notice – Radio Announcement

This is a notice for Spanish-speaking parents and the parents of Spanish-speaking students in the Denver Public Schools. Recently the Congress of Hispanic Educators, the United States Department of Justice, and Denver Public Schools, reached an agreement to improve the educational program for Spanish-speaking students. The agreement has been presented to a Federal judge for his approval. Parents of Spanish-speaking students have a right to review the new agreement and may have an opportunity to tell the judge about any objections they may have. A hearing has been scheduled for January 25, 2013 at 10 a.m. You can read the proposed new agreement in Spanish and English and get more information at the Denver Public Schools office on 900 Grant Street or at your neighborhood school. This information will also be available on the website of the Denver Public School, *www.dpsk12.org*.