# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-02313-RPM

CONGRESS OF HISPANIC EDUCATORS,

    Plaintiff,

        v.

DENVER SCHOOL DISTRICT NO. 1,

    Defendant,

        v.

THE UNITED STATES OF AMERICA,

    Plaintiff-Intervenors.

## ORDER

The Court, having reviewed the Joint Motion for Approval to Issue Amended Notice, and finding good cause therein, hereby

ORDERS that Defendant Denver School District No. 1 shall provide written notice of the purpose and location of the Fairness Hearing, as described in the Notices attached to this Court's November 20, 2012 Order (Doc. 67), on or before **November 30, 2012**; and

ORDERS that the attached amended Parent Notice shall be issued by Defendant Denver School District No. 1 to parents.

Dated this 26th day of November, 2012.

                                  S/Richard P. Matsch
                                  _____
                                  JUDGE RICHARD P. MATSCH