IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 95-cv-02313-RPM

CONGRESS OF HISPANIC EDUCATORS,

    Plaintiffs,

v.

DENVER SCHOOL DISTRICT NO. 1,

    Defendant.

v.

THE UNITED STATES OF AMERICA,

    Plaintiff-Intervenors.

_____

ORDER FOR CLARIFICATION
_____

Today the Parties' Joint Status Report was filed. In it, the parties represent that the Board of Education unanimously passed "Resolution Supporting English Language Learners and Consent Decree (2012)" on March 21, 2013. Attached to the report are what appear to be minutes of the Board meeting of that date. Those minutes show that a motion was made by Andrea Merida, second by Jeanne Kaplan, that "The Board of Education will table approval of the resolution regarding the Modified Consent Decree." This Court understands that to table a resolution means to defer adoption of it to a different date. Because of the confusion, it is now

ORDERED that the parties will clarify this statement that the Board unanimously approved the resolution attached as Exhibit 1 to the Joint Status Report prior to the hearing scheduled for April 15, 2013.

DATED: March 29th, 2013

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge