# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 95-cv-02313-RPM

CONGRESS OF HISPANIC EDUCATORS,

    Plaintiff,

v.

DENVER PUBLIC SCHOOLS,
    Defendant,

v.

THE UNITED STATES OF AMERICA,

    Plaintiff-Intervenor.

_____

# ORDER
_____

    For the reasons set forth in the Parties' Joint Status Report and Request For Extension of Time To Submit Names Of Proposed Court Monitor, the May 30, 2013 deadline for submission of names of potential candidates for Court-Appointed Monitor is extended to June 14, 2013.

    May 23, 2013

                                             s/Richard P.Matsch
                                             _____
                                             Judge Richard P. Matsch